# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SAMUEL CORNISH                                                                                    PLAINTIFF

V.                                          NO. 3:12CV00289-JTR

CAROLYN W. COLVIN,                                                                          DEFENDANT
Acting Commissioner,
Social Security Administration

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED THIS __14th__ DAY OF November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE